No. 79–6189. McCoy v. United States. C. A. 10th Cir. Certiorari denied.

No. 79–6196. Geromette v. General Motors Corp. C. A. 6th Cir. Certiorari denied. 

No. 79–6200. Thomas v. United States. Ct. App. D. C. Certiorari denied. 

No. 79–6213. Beal v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 79–6226. Campbell v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 79–6255. Quinones v. United States. C. A. 3d Cir. Certiorari denied. 

No. 79–6283. Markt v. United States. C. A. 9th Cir. Certiorari denied. 

No. 79–6297. Wade v. United States. C. A. 4th Cir. Certiorari denied. 

No. 79–6304. Taylor v. United States. C. A. 3d Cir. Certiorari denied. 

No. 79–6314. Irvin v. Nanni et al. Ct. App. Tenn. Certiorari denied.

No. 79–6339. Harbolt v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–6346. Honeycutt v. Ward, Corrections Commissioner. C. A. 2d Cir. Certiorari denied. 

No. 79–6381. Short v. Washington. Ct. App. Wash. Certiorari denied.